# UNITED STATES DISTRICT COURT
Western District of Kentucky
Owensboro Division

| | |
|---|---|
| Jeffrey Asberry ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Case No. 4:21-cv-00125-JHM-HBB |
| ) | |
| The Cook Law Office, PLLC ) | |
| *Defendant* ) | |
| ) | |

## ORDER DISMISSING WITH PREJUDICE

Plaintiff Jeffrey Asberry and Defendant The Cook Law Office, PLLC, having jointly stipulated that this case be dismissed with prejudice as to all claims against The Cook Law Office, PLLC as evidenced by the signatures of counsel for the parties, and the court being sufficiently advised:

**IT IS THEREFORE ORDERED** that Plaintiff Jeffrey Asberry's claims against Defendant The Cook Law Office, PLLC in this action are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs, expenses, and attorney's fees except as otherwise agreed.

Joseph H. McKinley Jr., Senior Judge
United States District Court

March 28, 2022

APPROVED BY:

/s/ James R. McKenzie
James R. McKenzie
*James R. McKenzie Attorney, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel:   (502) 371-2179
Fax:  (502) 257-7309
jmckenzie@jmckenzielaw.com
*Counsel for Plaintiff*
*Jeffrey Asberry*

/s/ Steven B. Lowery (by permission)
Steven B. Lowery
*Reminger Co., LPA*
730 West Main Street, Suite 300
Louisville, KY 40202
Tel:   (502) 584-1310
Tel:   (502) 589-5436
slowery@reminger.com
*Counsel for Defendant*
*The Cook Law Office, PLLC*

/s/ James H. Lawson (by permission)
James H. Lawson
*Lawson at Law, PLLC*
P.O. Box 1286
Shelbyville, KY 40066
Tel:   (502) 473-6525
Fax:  (502) 473-6561
james@kyconsumerlaw.com
*Counsel for Plaintiff*
*Jeffrey Asberry*